UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA ROSE BURTON,

       Plaintiff,                                 Case No. 1:12-CV-669

v.                                                Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action May 28, 2013. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 28, 2012, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's application for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (docket no. 23) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is hereby awarded attorney's fees and costs in the amount of $4,532.50.

Dated: June 28, 2013                                             /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE